United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-00526-JAW
Naketta LaSha Stewart Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: May 20, 2025     Form ID: n031     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Naketta LaSha Stewart, 105 St Charles St, Hazlehurst, MS 39083-2811 |
| 5479383 | | Copiah County Medical, 27190 MS 28, Hazlehurst, MS 39083 |
| 5479386 | + | Hazelhurst Finance, P.O. Box 143, Hazlehurst, MS 39083-0143 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: rrush@familychoicefinancial.com | May 20 2025 19:30:00 | Family Choice Financial, Inc, Family Choice Financial, Inc, 710 Brookway Blvd, Brookhaven, Ms 39601 |
| 5488786 | + | Email/Text: bankruptcy@1ffc.com | May 20 2025 19:30:00 | 1st Franklin Financial Corporation, ATTN: Admin Services, PO BOX 880, Toccoa GA 30577-0880 |
| 5479381 | + | Email/Text: bnc@teampurpose.com | May 20 2025 19:30:00 | Advance America, 958 Brookway Blvd, Brookhaven, MS 39601-2608 |
| 5507059 | | Email/PDF: resurgentbknotifications@resurgent.com | May 20 2025 19:37:53 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5479382 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | May 20 2025 19:30:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5479384 | + | Email/PDF: creditonebknotifications@resurgent.com | May 20 2025 19:37:53 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 5479385 | | Email/Text: rrush@familychoicefinancial.com | May 20 2025 19:30:00 | Family Choice Financial, Inc, 710 Brookway Blvd, Brookhaven, MS 39601 |
| 5506971 | | Email/PDF: resurgentbknotifications@resurgent.com | May 20 2025 19:37:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5479387 | | Email/Text: EBN@Mohela.com | May 20 2025 19:30:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfiled, MO 63005 |
| 5500151 | | Email/Text: bnc-quantum@quantum3group.com | May 20 2025 19:30:00 | Quantum3 Group LLC as agent for, Reel Time Capital LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5479389 | | Email/Text: bankruptcy@republicfinance.com | May 20 2025 19:30:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Pl, Baton Rouge, LA 70809 |
| 5496545 | | Email/Text: bankruptcy@republicfinance.com | May 20 2025 19:30:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5479388 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 20 2025 19:38:01 | Regional Acceptance, Attn: Bankruptcy, 1424 E Fire Tower Rd, Greenville, NC 27858-4105 |
| 5484356 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 20 2025 19:38:01 | Regional Acceptance Corporation, P.O. Box 1847, Wilson, NC 27894-1847 |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 20, 2025 | Form ID: n031 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| 5479390 | | Email/Text: bankruptcy@towerloan.com | May 20 2025 19:30:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5479391 | | Email/Text: bankruptcynotices@trustmark.com | May 20 2025 19:30:00 | Trustmark, PO Box 23072, Jackson, MS 39225-3072 |
| 5508531 | + | Email/Text: bankruptcy@towerloan.com | May 20 2025 19:30:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5491461 | | Email/PDF: bncnotices@becket-lee.com | May 20 2025 19:37:53 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5481614 | ^ | MEBN | May 20 2025 19:26:37 | Trustmark National Bank, C/O Henley, Lotterhos & Henley, PLLC, P.O. Box 389, Jackson, MS 39205-0389 |
| 5494937 | + | Email/Text: bk@worldacceptance.com | May 20 2025 19:30:53 | World Acceptance Corp., Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |
| 5479392 | + | Email/Text: bk@worldacceptance.com | May 20 2025 19:30:57 | World Finance Corp, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2025              Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Naketta LaSha Stewart trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−00526−JAW
**Chapter:** 13

**In re:**

Naketta LaSha Stewart
105 St Charles St
Hazlehurst, MS 39083

### Notice of Entry of Order Confirming Plan

The Court entered an Order on 05/20/2025 (Dkt. # 25 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
| --- | --- |
| Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Thad Cochran U.S. Courthouse<br>501 East Court Street, Suite 2.300<br>Jackson, MS 39201<br>601−608−4600 | Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501<br>228−563−1790 |

Dated: May 20, 2025                                                                 Danny L. Miller, Clerk of Court