**United States Bankruptcy Court**
**Southern District of Mississippi**

In re **Naketta LaSha Stewart** Debtor(s)

Case No. **25-00526**
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **September 28, 2026**

**/s/ Naketta LaSha Stewart**
**Naketta LaSha Stewart**
Signature of Debtor

NAKETTA LASHA STEWART
105 ST CHARLES ST
HAZLEHURST, MS 39083

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ADVANCE AMERICA
958 BROOKWAY BLVD
BROOKHAVEN, MS 39601

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604

COPIAH COUNTY MEDICAL
27190 MS 28
HAZLEHURST, MS 39083

CREDIT ONE BANK
PO BOX 98872
LAS VEGAS, NV 89193

FAMILY CHOICE FINANCIA
710 BROOKWAY BLVD
BROOKHAVEN, MS 39601

FAMILY HEALTH CARE ***
1551 W GOVERNMENT ST
BRANDON, MS 39042

HAZELHURST FINANCE
P.O. BOX 143
HAZLEHURST, MS 39083

MOHELA
ATTN: BANKRUPTCY
633 SPIRIT DR
CHESTERFILED, MO 63005

REGIONAL ACCEPTANCE
ATTN: BANKRUPTCY
1424 E FIRE TOWER RD
GREENVILLE, NC 27858

REPUBLIC FINANCE
ATTN: BANKRUPTCY
7031 COMMERCE PL
BATON ROUGE, LA 70809

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

TRUSTMARK
PO BOX 23072
JACKSON, MS 39225-3072

WORLD FINANCE CORP
PO BOX 6429
GREENVILLE, SC 29607